# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 93 CR 811 - SVW |
| Plaintiff, | ) | ORDER OF DETENTION |
| vs. | ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Abraham Aurrizo | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of alleged violation (absconded from_

1   Supervision)

2

3

4   and/or

5   B.   ( )   The defendant has not met his/her burden of establishing by
6   clear and convincing evidence that he/she is not likely to pose
7   a danger to the safety of any other person or the community if
8   released under 18 U.S.C. § 3142(b) or (c). This finding is based
9   on:

10

11

12

13

14   IT THEREFORE IS ORDERED that the defendant be detained pending
15   the further revocation proceedings.

16

17   Dated:   10/23/09

18

19                                           _____
20                                           UNITES STATES MAGISTRATE JUDGE